AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Wei Sun<br>XX/XX/1971 | ) ) ) ) ) ) ) | Case No. **19-08401 MJ**<br><br>**SEALED** |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Wei Sun,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

A criminal Complaint has issued charging Wei Sun with a violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 125.2 and 127.1. Charges stem form information that Sun exported defense articles from the United States to China while employed with Raytheon Missile Systems.

Date: 01/23/2019

*Issuing officer's signature*

U.S. MAGISTRATE JUDGE
D. THOMAS FERRARO

City and state: Tucson, Arizona

*Printed name and title*

### Return

| | |
|---|---|
| This warrant was received on *(date)* 1/23/19, and the person was arrested on *(date)* 1/24/19 at *(city and state)* Tucson AZ. | |
| Date: 1/24/19 | *Arresting officer's signature*<br><br>Special Agent Robert D. Zelina<br>*Printed name and title* |

NDN