ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JAN 24 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>Wei Sun,<br><br>　　　　　　Defendant.<br><br>USAO#: 2019R01576 | No. 19-08401-MJ<br><br>MOTION TO UNSEAL COMPLAINT AND ARREST WARRANT<br><br>UNDER SEAL |
|---|---|

　　　The United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to enter an order unsealing the Complaint and Arrest Warrant in this case for all purposes in view of the fact that the Defendant was arrested on Thursday, January 24, 2019.

　　　Respectfully submitted this 24th day of January, 2019.

　　　　　　　　　　　　　　　　　　ELIZABETH A. STRANGE
　　　　　　　　　　　　　　　　　　First Assistant United States Attorney
　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　/s/ BA

　　　　　　　　　　　　　　　　　　BEVERLY K. ANDERSON
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney