ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

FILED

2019 FEB 20 PM 4: 27

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-00472 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>   vs.<br><br>Wei Sun,<br><br>            Defendant. | MOTION TO SEAL<br>INDICTMENT<br><br>(UNDER SEAL) |

Now comes the United States of America, by and through its attorneys undersigned, and moves this Court for an order sealing the Indictment, this Motion to Seal, and the Order to Seal herein for the reason that the defendants are fugitives. The Indictment, this Motion to Seal and the Order to Seal are to remain sealed until further order of this Court.

Respectfully submitted this 20th day of February, 2019.

                              ELIZABETH A. STRANGE
                              First Assistant United States Attorney
                              District of Arizona

                              */s/ BKA*

                              BEVERLY K. ANDERSON
                              Assistant U.S. Attorney