ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar No. 010547
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

FILED
2019 FEB 20 PM 4:38
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-00472 TUC-RM(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

           Plaintiff,

    vs.

Wei Sun,

           Defendant.

I N D I C T M E N T

Violation:

22 U.S.C. §§ 2778(b)(2) and 2778(c)
and Title 22, Code of Federal Regulations
Sections 121.1, 123.1, 125.2 and 127.1
(Export of Arms and Munitions)
Count 1

**SEALED**

**THE GRAND JURY CHARGES:**

**GENERAL ALLEGATIONS**

At all times material to this indictment:

**A. Defendant and Relevant Entity**

1. WEI SUN was born in China, obtained U.S. Legal Permanent Resident Status in January, 1997 and became a naturalized U.S. citizen in December, 2005. SUN has been employed by U.S. Company 1 since approximately January 12, 2009, as an Electrical Engineer II.

2. U.S. Company 1 is headquartered in Tucson, Arizona, and produces air-to-surface missile (ASM) or air-to-ground missiles (AGM or ATFM) and Ballistic Missile Defense (BMD) systems. U.S. Company 1 develops missiles for the United States Air Force, United States Navy, and the United States Marine Corps, as well as other various air forces and navies.

3. In connection with his work at U.S. Company 1, SUN and has worked with

sensitive military technology from approximately January 12, 2009 to approximately January 15, 2019, when his employment at U.S. Company 1 was terminated. While employed at U.S. Company 1 for approximately ten years, SUN worked on certain sensitive missile defense-related technology regulated under the International Traffic in Arms Regulations ("ITAR").

### B. Arms Export Control Act

4. The Arms Export Control Act, Title 22, United States Code, Section 2778 ("AECA"), authorized the President of the United States to control the export of defense articles by designating certain categories of items as defense articles subject to import and export regulations.

5. The AECA and the implementing regulations, the ITAR, Title 22, Code of Federal Regulations, Parts 120-130 required a person to obtain an export license from the Department of State, Directorate of Defense Trade Controls ("DDTC") prior to exporting defense articles. Designated defense articles also included information which was required for the design, development, production, manufacture, assembly, operation, repair, testing, maintenance, or modification of defense articles, known as "technical data" pursuant to 22 C.F.R. 120.10(a).

6. Defense articles that were subject to such licensing requirements, were listed under specific categories in the United States Munitions List ("USML").

### C. ITAR Controlled Technical Data

7. Computer data contained in a HP EliteBook 840 computer, serial number RA097784, that was possessed by SUN, and as identified as (i) Crn_fpga_CB-V1002043_user_guide ("File No. 1") and (ii) B3091025_SLCLoDvA ("File No. 2") constituted technical data regulated by the ITAR under USML Category IV(i) and Category XI(d), respectively. Prior to export from the United States, SUN was required to obtain an export license from the DDTC for the technical data contained in either File No. 1 or File No. 2. SUN had never applied for, or received, an export license from the

Department of State with regard to either any defense articles or technical data, including File No. 1 and File No. 2.

## COUNT 1

8. The allegations set forth in paragraphs No. 1 through 7 of this Indictment are re-alleged and incorporated as if set forth fully herein.

9. On or about December 18, 2018, at or near Tucson, in the District of Arizona and elsewhere, the defendant WEI SUN, knowingly and willfully exported and caused to be exported from the United States to the People's Republic of China, technical data, specifically File No. 1 and File No. 2, controlled under the International Traffic in Arms Regulations and the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export, all in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 125.2 and 127.1.

A TRUE BILL

/S/
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

**REDACTED FOR PUBLIC DISCLOSURE**

/S/

Assistant U.S. Attorney
Dated: February 20, 2019