**CAMERON A. MORGAN**
**Attorney at Law**
4356 N. Civic Center Plaza, Ste. 101
Scottsdale, AZ  85251
(480) 990-9507 ♦ Fax (480) 947-5977
*Arizona State Bar No. 006709*
e-mail:  camerona.morgan@hotmail.com
Attorney for Defendant Sun

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,**<br><br>       Plaintiff**,**<br><br>   v.<br><br>**Wei Sun,**<br><br>       Defendant**.** | No. **19-cr-00472-001-TUC RM (JR)**<br><br>**FOURTH MOTION TO CONTINUE TRIAL AND EXTEND TIME TO FILE PRE-TRIAL MOTIONS** |

Defendant, Wei Sun, by and through counsel undersigned, respectfully requests that this Court enter an order continuing the trial scheduled in this matter for December 17, 2019 for 75-days and extend the time in which file motions, which were due November 27, 2019.  This request is made to allow counsel to complete discovery in this matter.  Counsel has requested a copy of the of the defendant's computer hard drive, which will need to be examined by a forensic expert.  Counsel has been informed that the hard drive should be ready later this week. In addition, on November 21, 2019 counsel received approximately a thousand pages of additional discovery, as well as audio and videos.  Based on the complexity of this case, counsel's trial calendar it is respectfully requested that the matter be continued 75-days. Counsel has been informed that AUSA Beverly Anderson does not oppose this motion to continue.

Excludable delay will occur as a result of this Motion pursuant to 18 U.S.C. §3161(h)(8)(A) and (B)(i).

This motion is made in good faith and not for purpose of delay.

DATED this 2nd day of December, 2019.

>  */s/Cameron A. Morgan*
> Cameron A. Morgan
> Attorney for Defendant

**Certificate of Service**
I hereby certify that on the 2nd day of December, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing. Upon e-filing copies were electronically transmitted to all registered CM/ECF users on this case.

By */s/ Dawn-Marie Kenney*