1

MICHAEL BAILEY
United States Attorney

2

District of Arizona
BEVERLY K. ANDERSON

3

Arizona State Bar No. 010547
NICOLE P. SAVEL

4

Arizona State Bar No. 015958
Assistant U.S. Attorneys

5

United States Courthouse
405 W. Congress Street, Suite 4800

6

Tucson, Arizona 85701
Telephone: 520-620-7300

7

Email: bev.anderson@usdoj.gov
Email: nicole.savel@usdoj.gov

8

9

JOHN C. DEMERS
Assistant Attorney General
National Security Division

10

WILLIAM MACKIE
Trial Attorney

11

Counterterrorism Section
950 Pennsylvania Ave., NW

12

Washington, DC 20530
Telephone: (202) 233-2122

13

Email: will.mackie@usdoj.gov
Attorneys for Plaintiff

14

**FILED**

2020 JAN 29 PM 2: 21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

15

## IN THE UNITED STATES DISTRICT COURT

16

## FOR THE DISTRICT OF ARIZONA

17

United States of America,

18

                              Plaintiff,

19

        vs.

20

Wei Sun,

21

                              Defendant.

22

23

CR 19-00472-TUC-RM (JR)

**F I R S T
S U P E R S E D I N G
I N D I C T M E N T**

Violations:

22 U.S.C. §§ 2778(b)(2) and 2778(c)
and Title 22, Code of Federal Regulations
Sections 121.1, 123.1, 125.2 and 127.1
Export of Arms and Munitions)
Counts 1, 2, 3, 4, 5

24

**THE GRAND JURY CHARGES:**

25

## INTRODUCTION

26

27

At all times material to this indictment:

28

        1.  WEI SUN was born in China, obtained U.S. Legal Permanent Resident Status

and became a naturalized U.S. citizen. SUN was employed by Raytheon Missile Systems (RMS) from approximately January 12, 2009, to January 15, 2019, as an Electrical Engineer II.

2. Raytheon Missile Systems (RMS) Company is a subsidiary of Raytheon Company. Headquartered in Tucson, Arizona, RMS produces air-to-surface missile (ASM) or air-to-ground missiles (AGM or ATFM) and Ballistic Missile Defense (BMD) systems. RMS develops missiles for the United States Air Force, United States Navy, and the United States Marine Corps, as well as other various air forces and navies.

3. In connection with his work at RMS, SUN possessed a SECRET security clearance and worked with sensitive military technology from approximately January 12, 2009 up to approximately January 15, 2019, when his employment at RMS was terminated. While employed at RMS for approximately ten years, SUN worked as an electrical engineer and had access to information directly relating to advanced and sensitive missile defense-related technology, some of which constituted defense articles controlled and regulated under the Arms Export Control Act and the implementing regulations known as the International Traffic in Arms Regulations, as further described below.

**Arms Export Control Act**

4. The Arms Export Control Act, Title 22, United States Code, Section 2778 ("AECA"), authorized the President of the United States to control the export of defense articles by designating certain categories of items as defense articles subject to import and export regulations.

5. The AECA and the implementing regulations, the International Traffic in Arms Regulation, Title 22, Code of Federal Regulations, Parts 120-130 ("ITAR"), required a person to obtain an export license from the Department of State, Directorate of Defense Trade Controls ("DDTC") prior to exporting defense articles. Designated defense articles also included information which was required for the design, development, production, manufacture, assembly, operation, repair, testing, maintenance, or modification of defense articles, known as "technical data" pursuant to 22 C.F.R. 120.10(a).

6.   Defense articles subject to licensing requirements under the ITAR were listed under enumerated, specific categories in the United States Munitions List ("USML").  This included during the time relevant to this Superseding Indictment defense articles classified as "Launch Vehicles, Guided Missiles, Ballistic Missiles, Rockets, Torpedoes, Bombs, and Mines" under Category IV, and "Military Electronics" under Category XI of the USML.

### ITAR Controlled Technical Data

7.   SUN possessed and transported out of the United States certain computer data contained in a HP EliteBook 840 computer, serial number of RA097784, identified as:

(1)  crn_fpga_CB_v10020043_users_guide.docx ("File No. 1");

(2)  D:\TR2343510_RevC_v1[CRT].pdf ("File No. 2");

(3) D:\Cobra PM sdb8856913 18-06-07 RJC Update.pdf ("File No 3"); and

(4) D:\TR61612-244_RevC_v1 [VS SLICE].pdf ("File No. 4")

that constituted defense articles in the form of technical data controlled by the ITAR under USML Category XI(d).

8.   SUN possessed and transported out of the United States certain computer data contained in a HP EliteBook 840 computer, serial number of RA097784, identified as D:\RAYTHEON COMPANY.dotx ("File No. 5") that constituted a defense article in the form of technical data controlled by the ITAR under USML Category IV(i).

9.   Prior to export from the United States, SUN was required to obtain an export license from the DDTC for the defense articles contained in File No.s 1, 2, 3, 4, and 5. SUN had never applied for, or received, an export license from the Department of State with regard to either any defense articles contained in  File No.s 1, 2, 3, 4, and 5.

10.   Paragraphs No. 1 through 9 are incorporated herein and apply to each of the following Counts 1 through 5 of this Superseding Indictment.

### COUNT 1

On or about December 18, 2018, in the District of Arizona and elsewhere, the defendant WEI SUN, knowingly and willfully exported and caused to be exported from the United States to the People's Republic of China, a HP EliteBook 840 computer, serial

*United States of America v. Wei Sun*
*Superseding Indictment Page 3 of 6*

number of RA097784, that contained a defense article, specifically File No. 1, that was then controlled under the International Traffic in Arms Regulations and the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export, all in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 125.2 and 127.1.

## COUNT 2

On or about December 18, 2018, in the District of Arizona and elsewhere, the defendant WEI SUN, knowingly and willfully exported and caused to be exported from the United States to the People's Republic of China, a HP EliteBook 840 computer, serial number of RA097784, that contained a defense article, specifically File No. 2, that was then controlled under the International Traffic in Arms Regulations and the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export, all in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 125.2 and 127.1.

## COUNT 3

On or about December 18, 2018, in the District of Arizona and elsewhere, the defendant WEI SUN, knowingly and willfully exported and caused to be exported from the United States to the People's Republic of China, a HP EliteBook 840 computer, serial number of RA097784, that contained a defense article, specifically File No. 3, that was then controlled under the International Traffic in Arms Regulations and the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export, all in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 125.2 and 127.1.

///

///

*United States of America v. Wei Sun*
*Superseding Indictment Page 4 of 6*

## COUNT 4

On or about December 18, 2018, in the District of Arizona and elsewhere, the defendant WEI SUN, knowingly and willfully exported and caused to be exported from the United States to the People's Republic of China, a HP EliteBook 840 computer, serial number of RA097784, that contained a defense article, specifically File No. 4, that was then controlled under the International Traffic in Arms Regulations and the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export, all in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, 125.2 and 127.1.

## COUNT 5

On or about December 18, 2018, in the District of Arizona and elsewhere, the defendant WEI SUN, knowingly and willfully exported and caused to be exported from the United States to the People's Republic of China, a HP EliteBook 840 computer, serial number of RA097784, that contained a defense article, specifically File No. 5, that was then controlled under the International Traffic in Arms Regulations and the United States Munitions List, without having first obtained from the Department of State a license for such export or written authorization for such export, all in violation of Title 22, United

///
///
///
///
///
///
///
///
///
///

1    States Code, Sections 2778(b)(2) and 2778(c), and Title 22, Code of Federal Regulations

2    Sections 121.1, 123.1, 125.2 and 127.1.

3

                                 A TRUE BILL    **/s/**

4

                                   FOREPERSON OF THE GRAND JURY

5    MICHAEL BAILEY                Dated: January 29, 2020

6    United States Attorney

     District of Arizona           **/s/**

7

8    BEVERLY K. ANDERSON

     NICOLE P. SAVEL

9    Assistant U.S. Attorneys

10

11    JOHN C. DEMERS

     Assistant Attorney General

12    National Security Division

     WILLIAM MACKIE

13    Trial Attorney

     Counterterrorism Section

REDACTED FOR
PUBLIC DISCLOSURE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28