# EXHIBIT 1

**WIKIPEDIA**

# AIM-120 AMRAAM

The **AIM-120 Advanced Medium-Range Air-to-Air Missile**, or **AMRAAM** (pronounced *AM-ram*), is an American beyond-visual-range air-to-air missile (BVRAAM) capable of all-weather day-and-night operations. Designed with a 7-inch (180mm) diameter form-and-fit factor, and employing active transmit-receive radar guidance instead of semi-active receive-only radar guidance, it has the advantage of being a fire-and-forget weapon when compared with the previous generation Sparrow missiles. When an AMRAAM missile is launched, NATO pilots use the brevity code Fox Three.[11]

The AMRAAM is the world's most popular beyond-visual-range missile; more than 14,000 have been produced for the United States Air Force, the United States Navy, and 33 international customers.[12] The AMRAAM has been used in several engagements and is credited with ten air-to-air kills.[13] Now over 30 years old in design, the AMRAAM is due to be replaced by the new AIM-260 JATM, which will offer better long-range performance and ability to defeat electronic warfare jamming.[14]



**AIM-120 AMRAAM**

An AIM-120 AMRAAM mounted on the wingtip launcher of an F-16 Fighting Falcon

| | |
|---|---|
| **Type** | Medium-range, active radar homing air-to-air missile |
| **Place of origin** | United States |
| **Service history** | |
| **In service** | September 1991–present |
| **Used by** | See *operators* |
| **Wars** | Operation Deny Flight<br>Operation Allied Force<br>Syrian civil war |
| **Production history** | |
| **Manufacturer** | • Hughes: 1991–97<br>• Raytheon: 1997–present |
| **Unit cost** | • $300,000–$400,000 for 120C variants<br>• $1,786,000(FY2014) for 120D[1]<br>US$1,090,000[2] (AIM-120D FY 2019) |
| **Variants** | AIM-120A, AIM-120B, AIM-120C, AIM-120C-4/5/6/7, AIM-120D |
| **Specifications** | |
| **Mass** | 335 lb (152 kg) |

## Contents

**Origins**
    AIM-7 Sparrow MRM
    AIM-54 Phoenix LRM
    ACEVAL/AIMVAL
    Requirements
**Development**
**Operational features summary**
**Guidance system overview**
    Interception course stage
    Terminal stage and impact
    Boresight Visual mode
**Kill probability and tactics**
    General considerations
**Variants and upgrades**
    Air-to-air missile versions
    Ground-launched systems

**Operational history**

**Foreign sales**

**Operators**
    Current operators

**See also**
    Similar weapons

**References**

**External links**

# Origins

### AIM-7 Sparrow MRM

The AIM-7 Sparrow medium range missile (MRM) was purchased by the US Navy from original developer Hughes Aircraft in the 1950s as its first operational air-to-air missile with "beyond visual range" (BVR) capability. With an effective range of about 12 miles (19 km), it was introduced as a radar beam-riding missile and then it was improved to a semi-active radar guided missile which would home in on reflections from a target illuminated by the radar of the launching aircraft. It was effective at visual to beyond visual range. The early beam riding versions of the Sparrow missiles were integrated onto the F3H Demon and F7U Cutlass, but the definitive AIM-7 Sparrow was the primary weapon for the all-weather F-4 Phantom II fighter/interceptor, which lacked an internal gun in its U.S. Navy, U.S. Marine Corps, and early U.S. Air Force versions. The F-4 carried up to four AIM-7s in built-in recesses under its belly.

Although designed for use against non-maneuvering targets such as bombers, because of poor performance against fighters over North Vietnam, these missiles were progressively improved until they proved highly effective in dogfights. Together with the short-range, infrared-guided AIM-9 Sidewinder, they replaced the AIM-4 Falcon IR and radar guided series for use in air combat by the USAF as well. A disadvantage to semi-active homing was that only one target could be illuminated by the launching fighter plane at a time. Also, the launching aircraft had to remain pointed in the direction of the target (within the azimuth and elevation of its own radar set) which could be difficult or dangerous in air-to-air combat.

| | |
|---|---|
| **Length** | 12 ft (3.7 m) |
| **Diameter** | 7 in (180 mm) |
| **Warhead** | High explosive blast-fragmentation |
| | • AIM-120A/B: WDU-33/B, 50 pounds (22.7 kg) |
| | • AIM-120C-5: WDU-41/B, 40 pounds (18.1 kg) |
| **Detonation mechanism** | Active RADAR Target Detection Device (TDD) Quadrant Target Detection Device (QTDD) in AIM-120C-6 – lots 13+.[3] |
| **Engine** | Solid-fuel rocket motor |
| **Wingspan** | 20.7 in (530 mm) AIM-120A/B |
| **Operational range** | • AIM-120A/B: 55–75 km (30–40 nmi)[4][5] |
| | • AIM-120C-5: >105 km (>57 nmi)[6] |
| | • AIM-120D (C-8): >160 km (>86 nmi)[7] |
| **Maximum speed** | Mach 4 (4,900 km/h; 3,045 mph)[8][9][10] |
| **Guidance system** | inertial guidance, terminal active radar homing |
| **Launch platform** | **Aircraft:** |
| | • Boeing F/A-18E/F Super Hornet |
| | • British Aerospace Hawk 200 |
| | • Eurofighter Typhoon |
| | • General Dynamics F-16 Fighting Falcon |
| | • KAI FA-50 Golden Eagle |
| | • Lockheed Martin F-22 Raptor |

An active-radar variant called the Sparrow II was developed to address these drawbacks, but the U.S. Navy pulled out of the project in 1956. The Royal Canadian Air Force, which took over development in the hopes of using the missile to arm their prospective CF-105 Arrow interceptor, soon followed in 1958.[15] The electronics of the time simply could not be miniaturized enough to make Sparrow II a viable working weapon. It would take decades, and a new generation of digital electronics, to produce an effective active-radar air-to-air missile as compact as the Sparrow.

- Lockheed Martin F-35 Lightning II
- McDonnell Douglas AV-8B+ Harrier II
- McDonnell Douglas F-4 Phantom II
- McDonnell Douglas F-15 Eagle
- McDonnell Douglas F-15E Strike Eagle
- McDonnell Douglas F/A-18 Hornet
- Northrop F-5S/T
- Panavia Tornado ADV
- Sea Harrier FA2
- Saab JAS 39 Gripen

**Surface-launched:**

- NASAMS and others

## AIM-54 Phoenix LRM

The US Navy later developed the AIM-54 Phoenix long-range missile (LRM) for the fleet air defense mission. It was a large 1,000 lb (500 kg), Mach 5 missile designed to counter cruise missiles and the bombers that launched them. Originally intended for the straight-wing Douglas F6D Missileer and then the navalized version of the F-111B, it finally saw service with the Grumman F-14 Tomcat, the only fighter capable of carrying such a heavy missile. Phoenix was the first US fire-and-forget, multiple-launch, radar-guided missile: one which used its own active guidance system to guide itself without help from the launch aircraft when it closed on its target. This, in theory, gave a Tomcat with a six-Phoenix load the unprecedented capability of tracking and destroying up to six targets beyond visual range, as far as 100 miles (160 km) away—the only US fighter with such capability.

A full load of six Phoenix missiles and its 2,000 pounds (910 kg) dedicated launcher exceeded a typical Vietnam-era bomb load. Its service in the US Navy was primarily as a deterrent, as its use was hampered by restrictive rules of engagement in conflicts such as Operations Desert Storm, Southern Watch, and Iraqi Freedom. The US Navy retired the Phoenix in 2004[16] in light of availability of the AIM-120 AMRAAM on the F/A-18 Hornet and the pending retirement of the F-14 Tomcat from active service in late 2006.

## ACEVAL/AIMVAL

The Department of Defense conducted an extensive evaluation of air combat tactics and missile technology from 1974 to 1978 at Nellis AFB using the F-14 Tomcat and F-15 Eagle equipped with Sparrow and Sidewinder missiles as the blue force and aggressor F-5E aircraft equipped with AIM-9L all-aspect Sidewinders as the red force. This joint test and evaluation (JT&E) was designated Air Combat Evaluation/Air Intercept Missile Evaluation (ACEVAL/AIMVAL). A principal finding was that the necessity to produce illumination for the Sparrow until impact resulted in the red force's being able to launch their all-aspect Sidewinders before impact, resulting in mutual kills. What was needed was Phoenix-type multiple-launch and terminal active capability in a Sparrow-size airframe. This led to a memorandum of agreement (MOA) with European allies (principally the UK and Germany for development) for the US to develop an advanced, medium-range, air-to-air missile with the USAF as lead service. The MOA also assigned responsibility for development of an advanced, short-range, air-to-air missile to the European team; this would become the British ASRAAM.

# EXHIBIT 2

WIKIPEDIA

# AIM-260 JATM

The **AIM-260 Joint Advanced Tactical Missile (JATM)** is an American beyond-visual-range air-to-air missile (BVRAAM) currently being developed by Lockheed Martin.[2] Designed to address advanced threats,[3] the missile is expected to replace the AIM-120 AMRAAM currently in US service. Initial launch platforms are expected to be the U.S. Air Force F-22 and the U.S. Navy F/A-18E/F, with integration with the F-35 planned afterwards.[4]

The previous, cancelled, long-range air-to-air missile development program was the AIM-152 AAAM, under development at the end of the Cold War to replace the AIM-54 Phoenix.

Development of the AIM-260 began in 2017 in response to long range missiles being developed by potential adversaries, such as the Chinese PL-15. The JATM is planned to start flight tests in 2021 and achieve initial operational capability (IOC) by 2022. The AIM-260 production is expected to overtake AIM-120 production by 2026.[4] This program is separate from the Long-Range Engagement Weapon being developed by Raytheon.[5]

## See also

- Long-Range Engagement Weapon
- PL-15
- PL-21
- Meteor (missile)
- AIM-120 AMRAAM
- FMRAAM
- R-77
- R-37

### Related lists

- List of missiles

## References

1. https://www.globalsecurity.org/military/systems/munitions/lrew.htm
2. "AIM-260 Joint Advanced Tactical Missile (JATM) / LREW (long-range engagement weapon)" (http s://www.globalsecurity.org/military/systems/munitions/lrew.htm).

| AIM-260 JATM | |
|---|---|
| Type | Air-to-air missile |
| Place of origin | USA |
| **Service history** | |
| Used by | See *Users* |
| **Production history** | |
| Designer | Lockheed Martin |
| Designed | Lockheed Martin |
| Variants | See *Variants* |
| **Specifications** | |
| Maximum firing range | 200 km[1] |
| Maximum speed | Mach 5 |
| Launch platform | Aircraft: |
| | ▪ Lockheed Martin F-22 Raptor |
| | ▪ Boeing F/A-18E/F Super Hornet |
| | ▪ Lockheed Martin F-35 Lightning II |

Case 4:19-cr-00472-RM-JR   Document 94-1   Filed 11/13/20   Page 7 of 41

3. "Revolutionising Aerial Warfare: What to Expect From America's New AIM-260 Missile" (https://milita rywatchmagazine.com/article/revolutionising-aerial-warfare-what-to-expect-from-america-s-new-aim-260-missile).

4. Cohen, Rachel (June 20, 2019). *Air Force Developing AMRAAM Replacement to Counter China* (htt p://airforcemag.com/Features/Pages/2019/June%202019/Air-Force-Developing-AMRAAM-Replacem ent-to-Counter-China.aspx). *Air Force Magazine*.

5. "Meet The AIM-260, The Air Force And Navy's Future Long-Range Air-To-Air Missile" (https://www.th edrive.com/the-war-zone/28636/meet-the-aim-260-the-air-force-and-navys-future-long-range-air-to-ai r-missile). The War Zone. Retrieved July 21, 2019.

Retrieved from "https://en.wikipedia.org/w/index.php?title=AIM-260_JATM&oldid=972041467"

**This page was last edited on 9 August 2020, at 21:02 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# EXHIBIT 3

WIKIPEDIA

# PL-15

The **PL-15** (Chinese: 霹雳-15; pinyin: *Pī Lì-15*; lit.: 'Thunderbolt-15') is an active radar-guided very long range air-to-air missile developed by the People's Republic of China.

The PL-15 entered military service in 2016 and is carried by the Chengdu J-10C, Shenyang J-16 and the Chengdu J-20.[3] aircraft.

The missile features an active electronically scanned array radar,[4] and has a range exceeding 200 km – comparable to that of the Russian R-37 missile. It is 4 meters long and incorporates a dual-thrust rocket motor, capable of a speed of Mach 4.

Photos show that it has also been fitted to the newest version of the J-11B fighter upgraded with AESA radar.[5]

A reported PL-15 missile with a range of over 400 km carried by a J-16 fighter may actually be the PL-21 missile.[6]

Compared to the previous generation PL-12, the new and larger PL-15 has a longer radar detection range, increased anti-jamming capability and around twice the range. During the 2018 Airshow China, two J-20 fighters of the PLAAF displayed their internal payload bays, with each carrying four PL-15 and two PL-10E short-range missiles. The PL-15 effectively increases Chinese anti-access/area denial capability by targeting key "enabler" targets, such as aerial refueling and AEW&C aircraft.

Military expert Fu Qianshao suggested that China was developing an advanced long-range air-to-air missile capable of hitting targets at a distance of up to 400 km.[1][7]

## See also

### Similar weapons

- AIM-260 JATM
- Long-Range Engagement Weapon
- Meteor (missile)
- PL-21
- R-37 (missile)
- 

## References



| PL-15 | |
|---|---|
| A J-20 with four PL-15 inside the weapons bay. | |
| **Type** | Very long range air-to-air missile |
| **Place of origin** | People's Republic of China. |
| **Production history** | |
| **Manufacturer** | 607 (Air-to-Air Missile Research Institute)[1][2] |
| **Specifications** | |
| **Engine** | Pulsed solid-propellant rocket[2] |
| **Operational range** | 250 km[2][1] |
| **Maximum speed** | Mach 4[2] |
| **Guidance system** | active radar homing |
| **Launch platform** | J-10C, J-16, J-11B, JF-17 Block-3, J-20 |

1. "PL-15 air-to-air missile" (https://www.globalsecurity.org/military/world/china/pl-15.htm). *GlobalSecurity.org*. Retrieved 2018-11-10.
2. Chen, Chuanren (20 July 2017). "New Chinese Weapons Seen On J-10C Fighter" (https://www.aino nline.com/aviation-news/defense/2017-07-20/new-chinese-weapons-seen-j-10c-fighter). Aviation International News. Retrieved 2019-08-25.
3. IISS News [@IISS_org] (19 January 2018). "Chinese air force's air-to-air missile project indicates the US and its allies can no longer assume air dominance: go.iiss.org/MB18 #MilitaryBalance" (https://tw itter.com/IISS_org/status/965590803929235458) (Tweet) – via Twitter.
4. Champion, Marc (7 May 2018). "Chinese Missiles Are Transforming the Balance of Power in the Skies" (https://www.bloomberg.com/news/articles/2018-05-07/chinese-missiles-are-transforming-bala nce-of-power-in-the-skies). *Bloomberg*. Retrieved 2018-11-10.
5. "我军歼11B首曝挂载PL15导弹 或换装有源相控阵雷达" (https://mil.sina.cn/sd/2019-03-27/detail-ihsxn cvh5928361.d.html?from=wap). *mil.sina.cn* (in Chinese). 27 March 2019. Retrieved 2019-08-25.
6. "巴铁枭龙疑似测试霹雳15远程弹" (https://photo.sina.cn/album_8_61342_70897.htm?vt=4&pos=24& ch=8&cid=k&hd=1). *photo.sina.cn* (in Chinese). 15 March 2019. Retrieved 2019-08-25.
7. Lin, Jeffrey; Singer, P. W. (12 June 2017). "This new ramjet engine could triple the range of Chinese missiles" (https://www.popsci.com/chinas-new-ramjet-engine-triple-range-missiles). *Popular Science*. Retrieved 2018-11-10.

Retrieved from "https://en.wikipedia.org/w/index.php?title=PL-15&oldid=985452624"

**This page was last edited on 26 October 2020, at 01:25 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# EXHIBIT 4

# Major U.S. Arms Sales and Grants to Pakistan Since 2001

Prepared by the Congressional Research Service for distribution to multiple congressional offices, May 4, 2015

Major U.S. arms sales and grants to Pakistan since 2001 have included numerous items useful for counterterrorism and counterinsurgency operations, along with a number of "big ticket" platforms more suited to conventional warfare. In dollar value terms, the bulk of purchases have been made with Pakistani national funds, although U.S. grants have eclipsed these in recent years. The Pentagon reports total Foreign Military Sales agreements with Pakistan worth about $5.4 billion for FY2002-FY2014 (sales of F-16 combat aircraft and related equipment account for nearly half of this). Congress has appropriated about $3.6 billion in Foreign Military Financing (FMF) for Pakistan since 2001, more than two-thirds of which has been disbursed. These funds are used to purchase U.S. military equipment for longer-term modernization efforts. Pakistan also has been granted U.S. defense supplies as Excess Defense Articles (EDA). Cost include training and support.

Major post-2001 defense supplies provided, or soon to be provided, **under FMF** include:
- eight P-3C *Orion* maritime patrol aircraft and their refurbishment (valued at $474 million, four delivered, three of which were destroyed in a 2011 attack by Islamist militants);
- at least 5,750 military radio sets ($212 million);
- 2,007 TOW anti-armor missiles ($186 million);
- six AN/TPS-77 surveillance radars ($100 million);
- six C-130E *Hercules* transport aircraft and their refurbishment ($76 million);
- the Perry-class missile frigate USS *McInerney*, via special EDA authorization ($65 million for refurbishment; now the PNS *Alamgir*);
- 20 AH-1F *Cobra* attack helicopters via EDA ($48 million for refurbishment, 12 delivered); and
- 15 *Scan Eagle* reconnaissance unmanned aerial vehicles ($30 million).

Supplies paid for with **a mix of Pakistani national funds and FMF** include:
- up to 60 Mid-Life Update kits for F-16A/B combat aircraft (valued at $891 million, with $477 million of this in FMF; Pakistan has purchased 45 such kits, with all upgrades completed to date); and
- 115 M-109 self-propelled howitzers ($87 million, with $53 million in FMF).

Notable items paid or to be paid for **entirely with Pakistani national funds** include:
- 18 new F-16C/D Block 52 *Fighting Falcon* combat aircraft (valued at $1.43 billion);
- F-16 armaments including 500 AMRAAM air-to-air missiles; 1,450 2,000-pound bombs; 500 JDAM Tail Kits for gravity bombs; and 1,600 *Enhanced Paveway* laser-guided kits, also for gravity bombs ($629 million);
- 100 *Harpoon* anti-ship missiles ($298 million);
- 500 *Sidewinder* air-to-air missiles ($95 million); and
- seven *Phalanx* Close-In Weapons System naval guns ($80 million).

Major articles transferred **via EDA** include:
- 14 F-16A/B *Fighting Falcon* combat aircraft;
- 59 T-37 *Tweet* military trainer jets; and
- 374 M113 armored personnel carriers.

Under Coalition Support Funds (in the Pentagon budget), Pakistan received 26 Bell 412EP utility helicopters, along with related parts and maintenance, valued at $235 million. Under Section 1206, Frontier Corps, and Pakistan Counterinsurgency Fund authorities, the United States has provided 4 Mi-17 multirole helicopters (another 6 were provided temporarily at no cost), 4 King Air 350 surveillance aircraft, 450 vehicles for the Frontier Corps, 20 Buffalo explosives detection and disposal vehicles, helicopter spare parts, explosives detectors, night vision devices, radios, body armor, helmets, first aid kits, litters, and other individual soldier equipment. Through International Military Education and Training and other programs, the United States has funded and provided training for more than 2,000 Pakistani military officers. In April 2015, the State Department approved a possible $952 million FMS deal with Pakistan for 15 AH-1**Z** *Viper* attack helicopters and 1,000 *Hellfire II* missiles, along with helicopter engines, avionics, training, and support.

**Sources**: U.S. Departments of Defense and State          **Contact**: K. Alan Kronstadt, Specialist in South Asian Affairs, 7-5415

# EXHIBIT 5

WIKIPEDIA

# CAC/PAC JF-17 Thunder

The **PAC JF-17 Thunder** (Urdu: جے ایف-۱۷ گرج), or **CAC FC-1 *Xiaolong*** (pinyin: *Xiǎo Lóng*; lit.: 'Fierce Dragon'), is a lightweight, single-engine, multi-role combat aircraft developed jointly by the Pakistan Aeronautical Complex (PAC) and the Chengdu Aircraft Corporation (CAC) of China. It was designed to replace the A-5C, F-7P/PG, Mirage III, and Mirage V combat aircraft in the Pakistan Air Force. The JF-17 can be used for multiple roles, including interception, ground attack, anti-ship, and aerial reconnaissance. Its designation "JF-17" by Pakistan is short for "Joint Fighter-17", while the designation and name "FC-1 Xiaolong" by China means "Fighter China-1 Fierce Dragon".

The JF-17 can deploy diverse ordnance, including air-to-air and air-to-surface missiles, and a 23 mm GSh-23-2 twin-barrel autocannon. Powered by a Guizhou WS-13 or Klimov RD-93 afterburning turbofan, it has a top speed of Mach 1.6.[3] The JF-17 is to become the backbone of the Pakistan Air Force (PAF), complementing the General Dynamics F-16 Fighting Falcon at half the cost.[4] The PAF inducted its first JF-17 squadron in February 2010.[5][6] In 2015 Pakistan produced 16 JF-17s.[6] As of 2016, Pakistan is believed to have the capacity to produce 25 JF-17 per year. 58% of the airframe is Pakistani and 42% Chinese/Russian-origin.[7] As of December 2016 Pakistan Aeronautical Complex has manufactured 70 jets in the country for use by the Pakistan Air Force of the Block 1 type,[8][9] and 33 jets of the Block 2 type.[10]

The Pakistan Air Force plans, by 2017, to induct a twin-seater version known as the JF-17B for both enhanced operational capability and training.[11][12] Preparations for a more advanced and technologically sophisticated block III version of the aircraft are underway and the AESA radar, KJ-7A, has been developed, which can track 15 targets and engage 4 targets simultaneously.[13]

Since its induction in 2011, the JF-17 Thunder has accumulated 19,000 hours of operational flight.[14] The JF-17 has seen active military service as it is used by the Pakistan Air Force to bomb militant positions in North Waziristan,[15] using both unguided munitions and guided missiles for precision strike capability.[7]



**JF-17 Thunder**
**FC-1 Xiaolong**

A JF-17 of the Pakistan Air Force

| Role | Multirole combat aircraft |
|---|---|
| **National origin** | Pakistan / China |
| **Manufacturer** | Chengdu Aircraft Industry Group / Pakistan Aeronautical Complex |
| **First flight** | 25 August 2003 |
| **Introduction** | 12 March 2007 |
| **Status** | In service |
| **Primary users** | Pakistan Air Force Myanmar Air Force Nigerian Air Force |
| **Produced** | In China: June 2007 – present In Pakistan: January 2008 – present |
| **Number built** | 150(2020)[1] |
| **Program cost** | US$500 million |
| **Unit cost** | US$25-32 million (2017)[2] |

# Contents

**Development**
    Background
    Launch of FC-1 project
    Flight testing and redesigning
    Production
    Further development
**Design**
    Airframe and cockpit
    Avionics
    Propulsion and fuel system
    Weaponry
**Operational history**
    Pakistan
    Nigeria
    Myanmar
**Accidents**
**Potential operators**
**Variants**
    Prototypes
    Production variants
**Operators**
**Specifications (JF-17 Block 2)**
**See also**
**References**
    Citations
    Bibliography
**External links**

# Development

## Background

The JF-17 was primarily developed to meet the Pakistan Air Force requirement for an affordable,[16] modern, multi-role combat aircraft as a replacement for its large fleet of Dassault Mirage III/5 fighters, Nanchang A-5 bombers, and Chengdu F-7 interceptors, with a cost of US$500 million, divided equally between China and Pakistan.[17] The aircraft was also intended to have export potential as a cost-effective and competitive alternative to more expensive Western fighters.[18][19][20] The development of this aircraft was headed by Yang Wei, who is considered China's "ace designer".[21] Yang also designed the Chengdu J-20.

By 1989, because of economic sanctions by the US, Pakistan had abandoned Project Sabre II, a design study involving US aircraft manufacturer Grumman and China, and had decided to redesign and upgrade the Chengdu F-7.[22] In the same year, China and Grumman started a new design study to develop the Super 7, another redesigned Chengdu F-7.[23] Grumman left the project when sanctions were placed on China following the political fallout from the 1989 Tiananmen Square protests. After Grumman left the Chengdu Super 7 project, the Fighter China project was launched in 1991.[24] In 1995, Pakistan and China signed a memorandum of understanding (MoU) for joint design and development of a new fighter, and over the next few years worked out the project details.[25] In June 1995, Mikoyan had joined the project to provide "design support", this also involved the secondment of several engineers by CAC.[26]

## Launch of FC-1 project



A PAF JF-17 in Turkey in 2011

In October 1995, Pakistan was reportedly to select a Western company by the end of the year to provide and integrate the FC-1's avionics, which was expected to go into production by 1999. The avionics were said to include radar, Inertial navigation system, Head-up display, and Multi-function displays. Competing bids came from Thomson-CSF with a variant of the Radar Doppler Multitarget (RDY), SAGEM with a similar avionics package to those used in the ROSE upgrade project, and Marconi Electronic Systems with its Blue Hawk radar. FIAR's (now SELEX Galileo) Grifo S7 radar was expected to be selected due to the company's ties with the PAF.[27] In February 1998, Pakistan and China signed a letter of intent covering airframe development. Russia's Klimov offered a variant of the RD-33 turbofan engine to power the fighter.[28] In April 1999, South Africa's Denel offered to arm the Super 7 with the T-darter beyond-visual-range (BVR) air-to-air missile (AAM), rather than the previously reported R-Darter.[29] Previously in 1987, Pratt & Whitney offered the Super-7 project three engine options; PW1212, F404, and PW1216, with local manufacturing in either China or Pakistan. Rolls Royce offered its RB199-127/128 turbofan engine; this plan was scrapped in 1989.[30]

In June 1999, the contract to jointly develop and produce the Chengdu FC-1/Super 7 was signed. After GEC-Marconi had abandoned the bidding to supply an integrated avionics suite, FIAR and Thomson-CSF proposed a number of avionics suites based on the Grifo S7 and RC400 radars respectively, despite previously hoping to use the PAF's Super 7 to launch its new Blue Hawk radar.[31][32] Because of sanctions placed on Pakistan after the country's 1998 nuclear weapons tests, design work progressed very slowly over the next 18 months, preventing delivery of the Western avionics to the PAF. In early 2001, the PAF decided to decouple the airframe from the avionics, enabling design work on the aircraft to continue. As the airframe was developed, any new avionics requirements by the PAF could be more easily integrated into the air frame.[25]

Prototype production began in September 2002; a full-size mock-up of the FC-1/Super 7 was displayed at Airshow China in November 2002.[33] The first batch of Klimov RD-93 turbofan engines that would power the prototypes was also delivered in 2002.[24] According to a China National Aero-Technology Import & Export Corporation (CATIC) official, the JF-17's low cost is due to some of the on-board systems having been adapted from those of the Chengdu J-10. The official said, "This transfer of technology—transposing the aircraft systems from the J-10 to the JF-17—is what makes the JF-17 so cost-effective".[34][35] The use of computer-aided design software shortened the design phase of the JF-17.[36]

# EXHIBIT 6

11/12/2020
Case 4:19-cr-00472-RM-JR   Document 94-1   Filed 11/13/20   Page 18 of 41
China's Military and Security Relationship with Pakistan | The Heritage Foundation

TESTIMONY Asia

China's Military and Security Relationship with Pakistan

May 26, 2009 12 min read

Lisa Curtis

Former Senior Research Fellow, Asian Studies Center

Testimony before the U.S.-China Economic and Security Review Commission on May 20, 2009

My name is Lisa Curtis. I am a senior research fellow at The Heritage Foundation. The views I express in this testimony are my own, and should not be construed as representing any official position of The Heritage Foundation.

Pakistan and China have long-standing strategic ties, dating back five decades. Pakistani President Asif Ali Zardari wrote in a recent op-ed that, "No relationship between two sovereign states is as unique and durable as that between Pakistan and China."[1] China's partnership with Pakistan first emerged during the mid-1950s when Beijing reached out to several developing countries, and then deepened significantly during the period of Sino-Indian hostility from 1962 to the late 1980s.

Chinese policy toward Pakistan is driven primarily by its interest in countering Indian power in the region and diverting Indian military force and strategic attention away from China. South Asia expert Stephen Cohen describes China as pursuing a classic balance of power by supporting Pakistan in a relationship that mirrors the one between the U.S. and Israel.[2] The China-Pakistan partnership serves both Chinese and Pakistani interests by presenting India with a potential two-front theater in the event of war with either country.[3]

Chinese officials also view a certain degree of India-Pakistan tension as advancing their own strategic interests as such friction bogs India down in South Asia and interferes with New Delhi's ability to assert its global ambitions and compete with China at the international level.

That said, Beijing has demonstrated in recent years that it favors bilateral Indo-Pakistani negotiations to resolve their differences and has played a helpful role in preventing the outbreak of full-scale war between the two countries, especially during the 1999 Indo-Pakistani border conflict in the heights of Kargil.

Chinese-Pakistan Defense Ties

China is Pakistan's largest defense supplier. China transferred equipment and technology and provided scientific expertise to Pakistan's nuclear weapons and ballistic missile programs throughout the 1980s and 1990s, enhancing Pakistan's strength in the South Asian strategic balance. The most significant development in China-Pakistan military cooperation occurred in 1992 when China supplied Pakistan with 34 short-range ballistic M-11 missiles.[4] Recent sales of conventional weapons to Pakistan include JF-17 aircraft, JF-17 production facilities, F-22P frigates with helicopters, K-8 jet trainers, T-85 tanks, F-7 aircraft, small arms, and ammunition.[5] Beijing also built a turnkey ballistic-missile manufacturing facility near the city of Rawalpindi and helped Pakistan develop the 750-km-range, solid-fueled Shaheen-1 ballistic missile.[6]While the U.S. has sanctioned Pakistan in the past--in 1965 and again in 1990--China has consistently supported Pakistan's military modernization effort.

China has helped Pakistan build two nuclear reactors at the Chasma site in the Punjab Province and continues to support Pakistan's nuclear program, although it has been sensitive to international condemnation of the A. Q. Khan affair and has calibrated its nuclear assistance to Pakistan accordingly. During Pakistani President Zardari's visit to Beijing in mid-October 2008, Beijing pledged to help Pakistan construct two new nuclear power plants at Chasma, but did not propose or agree to a major China-Pakistan nuclear deal akin to the U.S.-India civil nuclear agreement. U.S. congressional Members have expressed concern about China's failure to apply Nuclear Suppliers Group (NSG) "full-scope safeguards" to its nuclear projects in Pakistan.[7]

China also is helping Pakistan develop a deep-sea port at the naval base at Gwadar in Pakistan's province of Baluchistan on the Arabian Sea. The port would allow China to secure oil and gas supplies from the Persian Gulf and project power in the Indian Ocean. China financed 80 percent of the $250 million for completion of the first phase of the project and reportedly is funding most of the second phase of the project as well.[8] The complex will provide a port, warehouses, and industrial facilities for more than 20 countries and will

# EXHIBIT 7

| 105TH CONGRESS | } | HOUSE OF REPRESENTATIVES | { | REPORT |
| 2d Session | | | | 105-851 |

# REPORT

OF THE

# SELECT COMMITTEE ON U.S. NATIONAL SECURITY AND MILITARY/COMMERCIAL CONCERNS WITH THE PEOPLE'S REPUBLIC OF CHINA

## SUBMITTED BY
## MR. COX OF CALIFORNIA, CHAIRMAN

January 3, 1999 — Committed to the Committee of the Whole House on the State of the Union and ordered to be printed (subject to declassification review)

May 25, 1999 — Declassified, in part, pursuant to House Resolution 5, as amended, 106th Congress, 1st Session

U.S. GOVERNMENT PRINTING OFFICE
WASHINGTON : 1999

Case 4:19-cr-00472-RM-JR   Document 94-1   Filed 11/13/20   Page 22 of 41

**The MSS is headed by Minister Xu Yongyue, a member of the CCP Central Committee.** The MSS reports to Premier Zhu Rongji and the State Council, and its activities are ultimately overseen by the CCP Political Science and Law Commission. It is not unusual for senior members of the CCP's top leadership to be interested in the planning of PRC military acquisitions.

The MSS conducts science and technology collection as part of the PRC's overall efforts in this area. These MSS efforts most often support the goals of specific PRC technology acquisition programs, but the MSS will take advantage of any opportunity to acquire military technology that presents itself.

The MSS relies on a network of non-professional individuals and organizations acting outside the direct control of the intelligence services, including scientific delegations and PRC nationals working abroad, to collect the vast majority of the information it seeks.

The PLA's Military Intelligence Department (MID), also known as the Second Department of the PLA General Staff, is responsible for military intelligence. It is currently run by PLA General Ji Shengde, the son of a former PRC Foreign Minister. One of the MID's substantial roles is military-related science and technology collection.

## Methods Used by the PRC
## To Acquire Advanced U.S. Military Technology

The PRC uses a variety of approaches to acquire military technology. These include:

- **Relying on "princelings" who exploit their military, commercial, and political connections with high-ranking CCP and PLA leaders to buy military technology from abroad**

- **Illegally transferring U.S. military technology from third countries**

- **Applying pressure on U.S. commercial companies to transfer licensable technology illegally in joint ventures**

- **Exploiting dual-use products and services for military advantage in unforeseen ways**

- **Illegally diverting licensable dual-use technology to military purposes**

- **Using front companies to illegally acquire technology**

- **Using commercial enterprises and other organizations as cover for technology acquisition**

- **Acquiring interests in U.S. technology companies**

- **Covertly conducting espionage by personnel from government ministries, commissions, institutes, and military industries independently of the PRC intelligence services**

The last is thought to be the major method of PRC intelligence activity in the United States.

The PRC also tries to identify ethnic Chinese in the United States who have access to sensitive information, and sometimes is able to enlist their cooperation in illegal technology or information transfers.

Finally, the PRC has been able to exploit weaknesses and lapses in the U.S. system for monitoring the sale and export of surplus military technology and industrial auctions.

The PRC is striving to acquire advanced technology of any sort, whether for military or civilian purposes, as part of its program to improve its entire economic infrastructure.[29] This broad targeting permits the effective use of a wide variety of means to access technology. In addition, the PRC's diffuse and multi-pronged technology-acquisition effort presents unique difficulties for U.S. intelligence and law enforcement agencies, because the same set of mechanisms and organizations used to collect technology in general can be used and are used to collect military technology.

The PRC's blending of intelligence and non-intelligence assets and reliance on different collection methods presents challenges to U.S. agencies in meeting the threat. In short, as James Lilley, former U.S. Ambassador to the PRC says, U.S. agencies are

**21**

Liu's August 1996 trip to the United States came at the invitation of Chung, who had told her that he had contacted Boeing and McDonnell Douglas regarding her interest in purchasing aircraft parts.[43]

That same month, Col. Liu traveled to Washington, D.C., where Chung had contacts arrange for her to meet with representatives of the Securities and Exchange Commission to discuss listing a PRC company on U.S. stock exchanges.[44] Soon after the meeting, when Chung and Liu's alleged involvement in the campaign finance scandal became the subject of media reports, Col. Liu left the United States. Marswell remains dormant.[45]

Princelings such as Wang and Liu present a unique technology transfer threat because their multiple connections enable them to move freely around the world and among the different bureaucracies in the PRC. They are therefore in a position to pull together the many resources necessary to carry out sophisticated and coordinated technology acquisition efforts.[46]

## Acquisition of Military Technology from Other Governments

To fill its short-term technological needs in military equipment, the PRC has made numerous purchases of foreign military systems. The chief source for these systems is Russia, but the PRC has acquired military technology from other countries as well. Specific details on these acquisitions appear in the Select Committee's classified report, but the Clinton administration has determined that they cannot be made public.

### Russia

After years of hostile relations between the PRC and the Soviet Union, Russia has again become the PRC's main source of advanced weapons and has sold numerous weapon systems to the PRC.[47] The technologically-advanced weapons systems and components the PRC either has purchased or plans to purchase from Russia include electronic warfare and electronic eavesdropping (SIGINT) equipment, air-to-air missiles, advanced jet fighters, attack helicopters, attack submarines, and guided missile destroyers.[48] These transfers have been used to improve the capabilities of the PLA ground, air, and naval forces.

**25**

### Israel

Recent years have been marked by increased Sino-Israeli cooperation on military and security matters.[49] Israel has offered significant technology cooperation to the PRC, especially in aircraft and missile development.[50]



The PRC has made numerous purchases of foreign military systems. Israel has provided both weapons and technology to the PRC, most notably to assist the PRC in developing its F-10 fighter (*above*).

Janes Defense Group

Israel has provided both weapons and technology to the PRC, most notably to assist the PRC in developing its F-10 fighter and airborne early-warning aircraft.[51]

### The United States

The PRC has stolen military technology from the United States, but until recently the United States has lawfully transferred little to the PLA. This has been due, in part, to the sanctions imposed by the United States in response to both the 1989 Tiananmen Square massacre and to the PRC's 1993 transfer of missile technology to Pakistan.

During the Cold War, the United States assisted the PRC in avionics modernization of its jet fighters under the U.S. Peace Pearl program.[52]

After the relatively "cool" period in U.S.-PRC relations in the early 1990s, the trend since 1992 has been towards liberalization of dual-use technology transfers to the PRC.[53] Recent legal transfers include the sale of approximately 40 gas turbine jet engines, the sale of high performance computers, and licensed co-production of helicopters.[54]

Nonetheless, the list of military-related technologies legally transferred to the PRC directly from the United States remains relatively small.

Illegal transfers of U.S. technology from the U.S. to the PRC, however, have been significant.

Significant transfers of U.S. military technology have also taken place in the mid-1990s through the re-export by Israel of advanced technology transferred to it by

**26**

the United States, including avionics and missile guidance useful for the PLA's F-10 fighter. Congress and several Executive agencies have also investigated allegations that Israel has provided U.S.-origin cruise, air-to-air, and ground-to-air missile technology to the PRC.[55]

## Joint Ventures with U.S. Companies

This section describes the pressures brought to bear on U.S. companies linked with militarily-sensitive technology attempting to do business with the PRC, and provides examples of U.S. companies conspiring to evade export control laws in pursuit of joint ventures.

The vast majority of commercial business activity between the United States and the PRC does not present a threat to national security, but additional scrutiny, discipline, and an awareness of risks are necessary with respect to joint ventures with the PRC where the potential exists for the transfer of militarily-sensitive U.S. technology.

The U.S. 1997 National Science and Technology Strategy stated that:

> *Sales and contracts with foreign buyers imposing conditions leading to technology transfer, joint ventures with foreign partners involving technology sharing and next generation development, and foreign investments in U.S. industry create technology transfer opportunities that may raise either economic or national security concerns.*[56]

The behavior of the PRC Government and PRC-controlled businesses in dealing with U.S. companies involved with militarily sensitive technology confirms that these concerns are valid and growing. The growing number of joint ventures that call for technology transfers between the PRC and U.S. firms can be expected to provide the PRC with continued access to dual-use technologies for military and commercial advantage.

Technology transfer requirements in joint ventures often take the form of side agreements (sometimes referred to as offset agreements) requiring both that the U.S. firm transfer technology to the PRC partner, and that all transferred technology will eventually become the property of the PRC partner.[57]

**27**

Although many countries require technology transfers when they do business with U.S. firms, no country makes such demands across as wide a variety of industries as the PRC does.[58] Despite the PRC's rapid economic liberalization since 1978, it continues to implement its explicitly designed goals and policies to restrict and manage foreign investment so as to bolster the PRC's military and commercial industries through acquisition of technology.[59]

The Communist Party has long believed that forcing technology from foreign firms is not only critical to the PRC, but also is a cost that foreign firms will bear in order to obtain PRC market entry.

In the past, the PRC has favored joint ventures with U.S. high-technology companies for several reasons:

- **The U.S. excels in many areas of technology that are of special interest to the PLA and to PRC-controlled firms**

- **Many PRC scientists were educated in the United States and retain valuable contacts in the U.S. research and business community who can be exploited for technology transfer**

- **Many other countries are more reluctant than the United States to give up technology[60]**

The PRC has dedicated increasing resources to identifying U.S. high-technology firms as likely targets for joint venture overtures. Science and technology representatives in PRC embassies abroad are used to assist in this targeting of technology, and to encourage collaboration with U.S. firms for this purpose.

Unless they are briefed by the FBI pursuant to its National Security Threat List program, U.S. companies are unaware of the extent of the PRC's espionage directed against U.S. technology, and thus — at least from the U.S. national security standpoint — are generally unprepared for the reality of doing business in the PRC. They lack knowledge of the interconnection between the CCP, the PLA, the State, and the PRC-controlled companies with which they deal directly in the negotiating process.[61]

# EXHIBIT 8



india cities opinion world HTLS 2020 ipl entertainment trending videos tech lifestyle bihar election podcasts web stories

New Delhi 20°C

*Hindustan Times*

ADVERTISEMENT

Home / World News / China sells most advanced warship to Pakistan; 3 more to sail by 2021

# China sells most advanced warship to Pakistan; 3 more to sail by 2021

Local media said the Type 054A/P, a guided missile frigate, is the largest combat ship China has sold to a foreign navy and is "an important milestone" for China's military export sector

WORLD | Updated: Aug 24, 2020, 12:12 IST

Sutirtho Patranobis
Hindustan Times, Beijing

Discove
Samsu
Sponso

trending

COVID 19 Live U
Nirmala Sitharan
Covid-19 cases
Gold prices toda

don't mi

Big
Tar
Go

latest nev

Slo
wh
on

Ru
sta

Ma







Chinese amphibious warship Xian 32 tracked and clicked by Indian navy in 2019. (ANI)

China on Sunday launched an advanced warship for Pakistan, the largest it has bu
country, and the first among the four most sophisticated naval platforms it is read
Pakistan navy amid deepening military and strategic ties with Islamabad.


China sells most advanced warship to Pakistan; 3 more to


Coronavirus mutation in Denmark could be bad news


EU defends LGBTIQ rights in its first ever equality strategy


Climate crisis is Boris Johnson's chance to woo Joe Biden


In ruins, Syria marks 50 years of Assad family rule

11/12/2020

Case 4:19-cr-00472-RM-JR   Document 94-1   Filed 11/13/20   Page 30 of 41
China sells most advanced warship to Pakistan; 3 more to sail by 2021 - world news - Hindustan Times

Local media said the Type 054A/P, a guided missile frigate, is the largest combat ship China has sold to a foreign navy and is "an important milestone" for China's military export sector.

The acquisition of the warship will double the combat power of the Pakistani Navy's surface fleet, Chinese state media reported. By 2021, the Pakistan navy is expected to have three more similar warships in its fleet.

The Chinese state-owned Hudong Zhonghua Shipyard in Shanghai held the launch ceremony for the advanced warship with top officials and naval officers attending the function.

The shipyard is a wholly owned subsidiary of the China State Shipbuilding Corporation, the largest builders in the country.





world ne



The ship launch took place two days after Pakistan foreign minister Shah Mahmood Qureshi discussed the situation in the Indian union territory of Jammu and Kashmir with his Chinese counterpart Wang Yi during the second round of the China-Pakistan foreign ministers' dialogue in Hainan, off the south China coast.

President Xi Jinping called Pakistan a "good brother" and a "good partner" in a recorded message to his counterpart President Arif Alvi after the meeting.

New Delhi is currently locked in tension with both China and Pakistan over disputed boundaries and the abrogation of Article in Jammu & Kashmir.

India would be closely monitoring the military cooperation between its two hostile neighbours.

"It is worth noting that the 054A/P was purchased by Pakistan as the successor to the F-22P frigate, and the F-22P frigate is an export model developed by China on the basis of the 053H3 frigate. China has been working hard to promote the Type 054A frigate to the international market," local news website ifeng.com reported.

Type 054A is the best frigate in service with the People's Liberation Army Navy (PLAN), experts say. The warship has a fully loaded displacement of about 4,000 metric tons and is equipped with advanced radars and missiles.

"The Type 054A is a multi-role frigate and is recognized as the backbone of the P. surface combatants with 30 vessels in commission. They have a length of 134 met 16 meters for a displacement of 4,000 tons," the navalnews.com, a website trackir technology, said in a report on the launch.


China sells most
advanced warship to
Pakistan; 3 more to


Coronavirus
mutation in Denmark
could be bad news

EU defends LGBTIQ
rights in its first ever
equality strategy


Climate crisis is Boris
Johnson's chance to
woo Joe Biden


In ruins, Syria marks
50 years of Assad
family rule

https://www.hindustantimes.com/world-news/china-sells-most-advanced-warship-to-pakistan-3-more-to-sail-by-2021/story-7BIUtEAMdFLHsIznsVdX...          2/15

11/12/2020

Case 4:19-cr-00472-RM-JR   Document 94-1   Filed 11/13/20   Page 31 of 41
China sells most advanced warship to Pakistan; 3 more to sail by 2021 - world news - Hindustan Times


Cao Weidong, a senior researcher at the PLA's Naval Military Studies Research Institute, told the newspaper that it seems that all weapons and radars on the new ship will be made in China which "...reflects our progress in the industry and the Pakistani Navy's confidence in our technology and capability".

China and Pakistan's military ties have rapidly deepened in recent years.

The new version of the fighter aircraft jointly developed by China and Pakistan with upgraded fighting capabilities, for example, made its maiden flight in December and the first batch is set to be inducted by Islamabad in 2020.

The JF-17 Block 3 aircraft was flown above Chengdu in southwest China's Sichuan province in December, the Aerospace Knowledge magazine said in a report in January.

The single-engine, multi-role combat aircraft has been developed jointly by the Pakistan Aeronautical Complex (PAC) and the Chengdu Aircraft Corporation of China.

tags

Pakistani Navy     CHINA     Missile frigate

Enter your email to get our daily newsletter in your inbox           Enter email address           Subscribe

top news

Hindustan Times

**Relief for home owners, hiring push in Stimulus 3**

Hindustan Times

**Retail inflation at 6-year high of 7.61% in October**

Hindustan Times

**80% pvt ICU beds to be reserved for Covid-19 care**

Hindustan Times

**Russia backs India's stance at SCO summit**

Hindustan Times

**FB officials stepped in to bend rules: Ex-employee**

Hindustan Times

**Pak updates terror list, India says it omits key 26/11 Mumbai attackers**

Hindustan Times

**Modi-Biden call will happen in 'due course': External affairs ministry**

Hindustan Times

**Covid update: progress; virus gene; Fauci on**



**China sells most advanced warship to Pakistan; 3 more to**



**Coronavirus mutation in Denmark could be bad news**



**EU defends LGBTIQ rights in its first ever equality strategy**



**Climate crisis is Boris Johnson's chance to woo Joe Biden**



**In ruins, Syria marks 50 years of Assad family rule**

# EXHIBIT 9

| BENCHMARKS **CLOSED** | NSE LOSER-LARGE CAP | FEATURED FUNDS ★★★★ 5Y RETURN | |
| --- | --- | --- | --- |
| **Sensex** 43,357.19  -236.48 | Apollo Hospital 2,110.45  -84.90 | **Mirae Asset Emerging Bl...** 16.24 % [INVEST NOW] | **MARKET WATCH ▸** |

## THE ECONOMIC TIMES | News

Subscribe | Sign In

English Edition ▾ | E-Paper

Home  **ETPrime**  Markets  **News**  Industry  RISE  Politics  Wealth  MF  Tech  Jobs  Opinion  NRI  Panache  ET NOW  More ▾

Podcast  Economy ▾  Industry  Politics and Nation  Defence ▾  Company ▾  International ▾  Elections ▾  ET Explains  Sports  Science  More ▾

Business News › News › Defence › JF-17 used to shoot down Indian aircraft, says Pakistan military

# JF-17 used to shoot down Indian aircraft, says Pakistan military

PTI   Last Updated: Mar 25, 2019, 06:42 PM IST

24

SHARE   FONT SIZE   SAVE   PRINT   COMMENT

**Synopsis**
The Pakistani General noted that Islamabad was discussing the use of its JF-17 with the US citing "friendly relations" with Washington, stressing that the country would use whatever it deemed necessary if it came to "legitimate self-defence."



ISLAMABAD: **Pakistan**'s military has said for the first time that JF-17 Thunder combat aircraft developed jointly with China were used in retaliation to India's pre-emptive strikes on a JeM terror camp in **Balakot** as it once again denied that US-made F-16 jets were involved in the attack.

Referring to the aerial dogfight with the **Indian Air Force** jets after the ... terror attack claimed by Pakistan-based **Jaish-e-** akistan Army spokesman Major General Asif Ghafoor iolated the Pakistani airspace on February 26, dropping licting any casualties or damage to infrastructure.

The next day, **Pakistan Air Force** retaliated and downed a MiG-21 in an aerial

combat and captured Indian pilot Abhinandan Varthaman, who was handed over to India later.

"The aircraft which engaged those targets and fought them were JF-17. As regard to how to use F-16, in what context [they] were used or not - because at that point of time our entire Air Force was airborne - now it remains between Pakistan and the US to see how the MoUs regarding the use of F-16 have been adhered to or otherwise," Ghafoor told Russian news agency Sputnik International.

A day after Pakistan's attempt to retaliate the IAF's air strikes at the Jaish-e-Mohammed terror camp in Balakot, the Indian armed forces displayed parts of an AIM-120 AMRAAM (Advanced Medium-Range Air-to-Air Missile) fired by an F-16, which fell in Indian territory. New Delhi had also underlined that electronic signatures captured by Indian radars had established the use of F-16 for the offensive.

The US State Department announced that it was seeking more information from Pakistan on the potential use of American-made F-16 jets against India in violation of the end-user agreement.

The Pakistani General noted that Islamabad was discussing the use of its JF-17 with the US citing "friendly relations" with Washington, stressing, however, that the country would use whatever it deemed necessary if it came to "legitimate self-defence."

He said Pakistan only wanted to tell India that it has the capability to hit back. He said Pakistan has the footage of the operation.

At the time of the attack, the media reports said that the PAF military aircraft that shot down the Mig-21 Bison was JF-17 Thunder Block II multirole fighter jet.

"Proud to announce, I was project director for JF-17 Thunder program jointly produced by Pakistan and China during the tenure of General Pervez Musharraf," retired PAF Air Marshall Shahid Latif said at the time.

**IN THE SPOTLIGHT**
Empowering youth with skills for post-Covid



"░░      ░ ░ ░   ░eted and shot down Indian Jets which entered Pakistani
                 ░n after the attack last month.

                 ░istan's nuclear arsenal is a deterrence tool to prevent

"Pakistan holds the position that this capability eliminates the possibility of

**RELATED**    MOST READ   |   MOST SHARED

Hindu temple vandalised in Pakistan

Pakistan lifts ban on TikTok

Coronavirus: Pakistan rules out complete lockdown

Pakistan deeply buried in medievalism: India

IPO drought ends in Pakistan with record year ahead

Pakistan unlikely to exit FATF's grey list: Report

conventional war. No sane country having this capability would talk about using it," Ghafoor was quoted as saying by the Russian news agency.

He said Pakistan would take steps towards non-proliferation of nuclear arms but only if India does the same.

Ghafoor said Pakistan would welcome every effort, including that of Russia, which can bring peace in the region.

On military cooperation with Russia, Ghafoor said Pakistan is negotiating defence industry cooperation with Moscow in the areas of aviation, air defence systems and anti-tank missiles.

Pakistan's defence ties with Russia have moved past the bitter Cold War hostilities in recent years and the chill in the relations between Pakistan and the US has further pushed the country towards Russia and China.

READ MORE NEWS ON

India Pakistan    India China    Balakot    Pakistan Air Force    Indian Air Force    Pakistan

Pakistan JF 17

*(Catch all the **Business News**, **Breaking News** Events and **Latest News** Updates on **The Economic Times**.)*
*Download **The Economic Times News App** to get Daily Market Updates & Live Business News.*

## Top Trending News



Mark Zuckerberg

US Elections Result LIVE Updates   Joe Biden

Donald Trump   US Elections 2020

Economy News   Defence News

Morning News   Breaking News

Chennai News   Delhi News   Mumbai News

Bangalore News   Kolkata News   Latest News

News Headlines

## Also Read

 Hindu temple vandalised in Pakistan

 Pakistan lifts ban on TikTok

 Coronavirus: Pakistan rules out complete lockdown

 Pakistan deeply buried in medievalism: India

 IPO drought ends in Pakistan with record year ahead

 Pakistan unlikely to exit FATF's grey list: Report

## Not to be Missed

Auto loan repayments bring cheer to banks 

Retail inflation hits a six-year high 

Stimulus' fiscal impact to be 0.6% of GDP 

Credit guarantee extended to 26 sectors 

October fuel demand marks first y/y gain 

Stimulus 3.0 fails to cheer tourism bodies

## **24 COMMENTS** ON THIS STORY

**asan**      588 days ago
/ spokesperson Major General Asif Ghaffor deserves a Pulitzer
cellent fait accompli story.
f he writes this as fiction; it will turn out to be an NYT best

**saran**      588 days ago
and Amraam missile was fired using a hand gun?

# EXHIBIT 10

11/13/2020

Case 4:19-cr-00472-RM-JR   Document 94-1   Filed 11/13/20   Page 37 of 41
State Department Reprimanded Pakistan in August for Misusing F-16s, Document Shows | World Report | US News

 NEWS

Virtual Event Series: Healthcare of Tomorrow »

Home / News / World Report

# State Department Reprimanded Pakistan for Misusing F-16s, Document Shows

A State Department letter details American concerns about how Pakistan fielded fighter jets after a skirmish with India over Kashmir.

**By Paul D. Shinkman, Senior Writer, National Security**   Dec. 11, 2019



American officials allege the Pakistani air force used U.S.-supplied F-16 fighter jets in ways that violated the terms of the two countries' agreement in early 2019.  AAMIR QURESHI/AFP VIA GETTY IMAGES

11/13/2020
Case 4:19-cr-00472-RM-JR   Document 94-1   Filed 11/13/20   Page 38 of 41
State Department Reprimanded Pakistan in August for Misusing F-16s, Document Shows | World Report | US News

A TOP AMERICAN DIPLOMAT sent a written reprimand to the chiefs of the Pakistani air force in August accusing them of misusing U.S.-supplied F-16 fighter jets and jeopardizing their shared security, according to documents obtained by U.S. News.

[ **SEE:** Political Cartoons on World Leaders ]

**Recommended Videos**

Powered by AnyClip



The communication came months after India claimed one such F-16 shot down one of its fighter jets during a days-long skirmish in February over the contested region of Kashmir, which would amount to a fundamental violation by Pakistan of the terms governing the sale of its U.S. fighter jets and a dangerous form of military escalation among nuclear powers.

A source who viewed the August letter, written by Andrea Thompson, then-undersecretary of State for Arms Control and International Security Affairs, says it serves as a direct response to U.S. concerns about the F-16 use over Kashmir in February, though the letter itself does not specifically reference the incident.

Addressed to the head of the Pakistani air force, Air Chief Marshal Mujahid Anwar Khan, the letter began by relaying the State Department's confirmation that Pakistan had moved the F-16s and accompanying American-made missiles to unapproved forward operating bases in defiance of its agreement with the U.S. Using diplomatic language, Thompson, who has since left government, warned the Pakistanis that their behavior risked allowing these weapons to fall into the hands of malign actors and "could undermine our shared security platforms and infrastructures."

**The Photos You Should See – Dec. 2019**



View All 50 Images

The letter represents the first admission since February from the U.S. of its concerns about how Pakistan used its fleet of F-16s in stark violation of the original terms of the sale. A State Department spokeswoman said in March that the department acknowledged the Indian reports of Pakistan's misusing the fighters in the February skirmish, adding "we're following that issue very closely."



The State Department declined to respond to questions on the record. An official speaking on the condition of anonymity said the department as a matter of policy does not comment publicly "on the contents of bilateral agreements involving U.S. defense technologies, nor the communications we have about them."

The Pakistani Embassy in Washington, D.C. did not respond to requests for comment.

Several diplomatic officials and analysts with experience in Pakistan say it is not surprising that Thompson did not expressly mention in the message U.S. concerns about using the F-16s to shoot down the Indian fighter jet.

Case 4:19-cr-00472-RM-JR   Document 94-1   Filed 11/13/20   Page 40 of 41

Acknowledging in a formal State Department transmission such a clear violation of the congressionally approved terms for selling the fighter jets to Pakistan would likely have triggered formal procedures to reprimand Islamabad at a time the Trump administration is attempting to repair contentious relations with the ally.

Thompson, a career military intelligence officer who first entered the administration as Vice President Mike Pence's national security adviser, admonished Pakistan in the letter for having "relocated, maintained and operated" the American made F-16s and the AMRAAM missiles they use from forward operating bases not approved under the original terms of the sale. The former Army colonel, who left the White House in September, also expressed concern at the access Pakistani officials allowed American weapons inspectors.

### RELATED CONTENT

The History Behind Kashmir

"While we understand from you that these aircraft movements were done in support of national defense objectives," Thompson wrote in the letter, "the U.S. government considers the relocation of aircraft to non-U.S. government authorized bases concerning and inconsistent with the F-16 Letter of Offer and Acceptance."



"Such actions could subject sensitive U.S.-technologies to diversion to or access by third parties, and could undermine our shared security platforms and infrastructures," Thompson wrote.

A flare-up in military tensions between Pakistan and India began in mid-February, after a Pakistani militant group claimed credit for a suicide bombing in Kashmir that killed 40 Indian security personnel. India has consistently claimed that Pakistan uses militants to destabilize the region, which Pakistan and India have each claimed since they were separated by partition in 1947.

The subsequent tensions escalated as both countries deployed fighter jets, and in one dogfight an Indian plane was shot down. Its pilot landed in Pakistani territory and was imprisoned until his release in March. On Feb. 28, the Indian government presented evidence it says showed Pakistani jets fired AMRAAM missiles at the Indian planes.

The Pakistani armed forces possess 76 American-supplied F-16s – by far the most potent fighter jet in its military arsenal. Pakistan first began receiving the plane in 1982 and maintains them under strict rules imposed by the State Department, the Department of Defense and Congress. Among the rules are that Islamabad may only house the fighters and the corresponding American missiles on two specific air force bases at Mushaf and Shahbaz and that it only uses them for counter-terror operations, not against foreign countries.

[ **READ:** Kashmir Conflict Plays Out on Social Media, TV ]

Case 4:19-cr-00472-RM-JR Document 94-1 Filed 11/13/20 Page 41 of 41

The agreement for their sale and subsequent operation, governed in part by the State Department's Defense Security Cooperation Agency, also stipulates that American contractors and mechanics must have access to the jets at any time of day or night both to help maintain them and to monitor how the Pakistani military employs them.



The agency in July – weeks before Thompson's letter – re-approved the terms for these monitors, known as Technical Security Teams, at a cost of $125 million.

"This proposed sale will support the foreign policy and national security of the United States by protecting U.S. technology through the continued presence of U.S. personnel that provide 24/7 end-use monitoring," the agency wrote in a statement announcing the renewed contract, which must receive congressional approval.

Those who track aerial combat in the region and the weapons used for it aren't surprised that Pakistan would risk being caught violating its agreement with the U.S. when it regards an issue as hotly contested as Kashmir.

"Given how volatile the situation was, it was important for both sides not to lose face in getting their plane shot down," says Karl Kaltenthaler, a professor at the University of Akron. "It makes sense that Pakistan would do that, but it was at the potential cost of getting called out by the U.S. for using the weapons platform that way. For the Pakistanis, this is how they operate."

In her letter, Thompson raised concerns about American access to the bases and the U.S.-made equipment there. She said it had been four years since Office of Defense Representative–Pakistan – the office that carries out defense cooperation with partner countries – had been allowed to perform an assessment of the security vulnerabilities on the Pakistani bases.

**Paul D. Shinkman, Senior Writer, National Security**

Paul Shinkman is a national security correspondent. He joined U.S. News & World Report in 2012 ... **READ MORE »**

**Tags: world news, Pakistan, military, Air Force**